**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6161

- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC. AND           :
THE MCGRAW-HILL COMPANIES, INC.,
                                      :
                    Plaintiffs,
                                      :
        -against-
                                      :
MAHI ENTERPRISES LLC,
DIPESH PATEL, GITA PATEL,              :
SHAILESH PATEL, DILIP PATEL,
AND ARPIT SHAH ALL D/B/A               :
EDUTEXTBOOKS.COM D/B/A
BOOKS4LEASE.COM D/B/A DIPESHP          :
AND JOHN DOES NOS. 1-5,
                                      :
                    Defendants.
                                      :
- - - - - - - - - - - - - - - - - - -x



RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 7/7/08

SIGNATURE OF ATTORNEY