DP1_Rule_7_1_Statement_for_Defendants.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                    :           **ECF CASE**

**PEARSON EDUCATION, INC. AND**  :
**THE McGRAW-HILL COMPANIES, INC.,**  :      **08 CV 6161 (LAK)**
                                    :
              **Plaintiffs,**  :
                                    :           **RULE 7.1 STATEMENT**
         **-against-**          :       **FOR DEFENDANTS** .
                                    :

**MAHI ENTERPRISES LLC,**  :
**DIPESH PATEL, GITA PATEL,**  :
**SHAILESH PATEL, DILIP PATEL,**  :
**AND ARPIT SHAH ALL D/B/A**  :
**EDUTEXTBOOKS.COM D/B/A**  :
**BOOKS4LEASE.COM D/B/A DIPESP**  :
**AND JOHN DOES NOS. 1-5,**  :
                                    :
            **Defendants.**  :
                                    :
-----------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel

for the corporate Defendant, Mahi Enterprises LLC (a private, non-governmental party) certifies that no

publicly-held corporation owns any stock of the said party.


**Dated:**   **New York, New York**
          **July 28, 2008**


                               *Carl E. Person*

                    _____
                    **Carl E. Person   (CP  7637)**
                    **Attorney for Defendants,**
                       **Mahi Enterprises LLC, Dipesh Patel,**
                       **Gita Patel and Shailesh Patel**
                    **325 W. 45th Street - Suite 201**
                    **New York, New York 10036-3803**
                    **Tel: 212-307-4444; Fax: 212-307-0247**
                    **Email: carlpers@ix.netcom.com**