DP1_Notice_of_Appearance_for_Defendants.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | **ECF CASE** |
| **PEARSON EDUCATION, INC.  AND** | : | |
| **THE McGRAW-HILL COMPANIES, INC.,** | : | **08 CV 6161  (LAK)** |
| | : | |
| Plaintiffs, | : | <u>**NOTICE OF APPEARANCE**</u> |
| | : | |
| -against- | : | |
| | : | |
| **MAHI ENTERPRISES LLC,** | : | |
| **DIPESH PATEL, GITA PATEL,** | : | |
| **SHAILESH PATEL, DILIP PATEL,** | : | |
| **AND ARPIT SHAH ALL D/B/A** | : | |
| **EDUTEXTBOOKS.COM D/B/A** | : | |
| **BOOKS4LEASE.COM D/B/A DIPESP** | : | |
| **AND JOHN DOES NOS. 1-5,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned counsel, Carl E. Person, is appearing as

counsel on behalf of the following Defendants:

        **Mahi Enterprises LLC**
        **Dipesh Patel**
        **Gita Patel**
        **Shailesh Patel**

**Dated:**    **New York, New York**
         **July 28, 2008**

_____
**Carl E. Person   (CP  7637)**
**Attorney for Defendants,**
    **Mahi Enterprises LLC, Dipesh Patel,**
    **Gita Patel and Shailesh Patel**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**Tel:  212-307-4444; Fax: 212-307-0247**
**Email: carlpers@ix.netcom.com**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| | : | ECF CASE |
| PEARSON EDUCATION, INC.  AND | : | |
| THE McGRAW-HILL COMPANIES, INC., | : | 08 CV 6161  (LAK) |
| | : | |
| Plaintiffs, | : | PROOF OF SERVICE |
| -against- | : | |
| | : | |
| MAHI ENTERPRISES LLC, | : | |
| DIPESH PATEL, GITA PATEL, | : | |
| SHAILESH PATEL, DILIP PATEL, | : | |
| AND ARPIT SHAH ALL D/B/A | : | |
| EDUTEXTBOOKS.COM D/B/A | : | |
| BOOKS4LEASE.COM D/B/A DIPESP | : | |
| AND JOHN DOES NOS. 1-5, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on July 28, 2008, I caused to be served a true copy of the following document (the "Document"):

<u>NOTICE OF APPEARANCE</u>

dated July 28, 2008 on the attorneys for the Plaintiffs, by mailing a copy of the Document (securely wrapped with sufficient postage for first class delivery, in a USPS mailbox) addressed to the Plaintiffs' attorneys at the following address:

> William Dunnegan, Esq.
> Megan L. Martin, Esq.
> Dunnegan LLC
> 350 Fifth Avenue
> New York NY 10118

and by the Court's ECF system by which the Plaintiffs' attorneys automatically receive a copy of the Document within a few seconds or minutes after the time of its electronic filing herein.

Dated:  July 28, 2008

_____
    **Carl E. Person (CP 7637)**