KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Pearson Education Inc., et ano.,

        Plaintiff(s)
        V.                                    08-cv-06161(LAK)

Mahi Enterprises LLC., et ano.,

        Defendant(s).
------------------------------------------------------------x

<u>Consent Scheduling Order</u>

    Upon consent of the parties, it is hereby

    ORDERED as follows:

1. No additional parties may be joined after __10/15/08__

2. No amendments to the pleadings will be permitted after __11/28/08__.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before __12/17/08__;

    (b) rebuttal expert witnesses on or before __1/30/09__.

4. All discovery, including any depositions of experts, shall be completed on or before __1/30/09__

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before __2/11/09__

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: AUG 2 8 2008

                                        ~~Lewis A. Kaplan~~ Paul A. Crotty
                                        United States District Judge
                                        Part I

CONSENTED TO: [signatures of all counsel]

William Dunnegan
attorney for Plaintiffs

Carl E. Person
attorney for Defendants
Mahi Enterprises LLC,
Dipesh Patel, Gita Patel
and Shailesh Patel

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08